*United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: _____    Assigned/Issued By: _____

Judge Name: _____    Designated Magistrate Judge: _____

---

**FEE INFORMATION**

*Amount Due:*  ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____    Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____    Receipt #: _____

Date Payment Rec'd: _____    Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons    ☐ Alias Summons

☐ Third Party Summons    ☐ Lis Pendens

☐ Non Wage Garnishment Summons    ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons    _____
_____
*(Victim, Against and $ Amount)*

☐ Citation to Discover Assets

☐ Writ _____    ☐ Other
*(Type of Writ)*    _____
_____
*(Type of issuance)*

_____Original and _____ copies on _____ as to _____
(Date)
_____
_____

Case 1:08-cv-04122    Document 9    Filed 07/21/2008    Page 1 of 1