UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **LABORERS' PENSION FUND, ET AL.** | | |
| | PLAINTIFF(S) | Case No.<br>**08 CV 4122** |
| vs. | | |
| **SANDSMITH CONSTRUCTION INC.** | | SERVICE DOCUMENTS:<br>**SUMMONS & COMPLAINT** |
| | DEFENDANT(S) | |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Jul 29, 2008**, at **12:00 PM**, I served the above described documents upon **SANDSMITH CONSTRUCTION INC.** as shown below:

**CORPORATE SERVICE** was made by leaving a true and correct copy of the documents with **MICHELLE RINGOLD / REGISTERED AGENT**, an officer, managing agent or authorized agent of the within named company.

Said service was effected at **2907 S WABASH #105, CHICAGO, IL 60616.**

**DESCRIPTION:**   Gender: **F**   Race: **BLACK**   Age: **40**   Hgt: **5'8"**   Wgt: **180**   Hair: **BLACK**   Glasses: **NO**

I declare under penalties of perjury that the information contained herein is true and correct.

_____
Barry A Savage, Lic #: 117-001119
Judicial Attorney Services, Inc.
27 N Wacker Dr., Ste 531
Chicago, IL 60606
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 29th day of July, 2008

_____
NOTARY PUBLIC

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

CLIENT NAME:    ORIGINAL PROOF OF SERVICE    TRACKING #
Laborers Pension and Welfare Funds*            40101
FILE #: