IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, and JAMES S. JORGENSEN, Administrator of the Funds,<br><br>　　　　　　　Plaintiffs,<br>v.<br><br>SANDSMITH CONSTRUCTION INC., an Illinois corporation,<br>　　　　　　　Defendant. | Case No. 08 cv 4122<br><br>Judge Pallmeyer |

## NOTICE OF VOLUNTARY DISMISSAL

NOW COME Plaintiffs, Laborers' Pension Fund and Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity and James S. Jorgensen, Administrator of the Funds, by and through their attorneys, Patrick T. Wallace, Jerrod Olszewski, Christina Krivanek, and Amy N. Carollo, and Charles Ingrassia, and hereby file this Notice of Voluntary Dismissal dismissing this matter without prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

Date:　September 3, 2008　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　　　　Laborers' Pension Fund, et al.

　　　　　　　　　　　　　　　　　　　　　　　By:　/s/ Christina Krivanek

Christina Krivanek
Office of Fund Counsel
Laborers' Pension and Welfare Funds
111 West Jackson, Suite 1415
Chicago, IL  60604
(312) 692-1540

## CERTIFICATE OF SERVICE

     The undersigned certifies that she served this Notice of Voluntary Dismissal by mailing a copy to the addressee below and depositing same in the U.S. Mail at 111 W. Jackson Blvd., Chicago, Illinois 60604 on September 3, 2008 with proper postage prepaid.

          Sandsmith Construction
          c/o Michelle Ringold
          2907S. Wabash # 105
          Chciago, IL 60616

          /s/ Christina Krivanek

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, and JAMES S. JORGENSEN, Administrator of the Funds,<br><br>                Plaintiffs,<br>v.<br><br>SANDSMITH CONSTRUCTION INC., an Illinois corporation,<br>                Defendant. | Case No. 08 cv 4122<br><br>Judge Pallmeyer |

## ORDER

This matter having come to be heard on the Plaintiffs Notice of Voluntary Dismissal dismissing this matter without prejudice pursuant to Fed. R. Civ. P. 41(a)(1);

IT IS HEREBY ORDERED that this matter is dismissed without prejudice.

ENTER:

_____
The Honorable Judge Rebecca R. Pallmeyer
United States District Court Judge

Dated:_____