# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4122 | **DATE** | 9/4/2008 |
| **CASE TITLE** | Laborers' Pension Fund, et al vs. Sandsmith Construction Inc. | | |

**DOCKET ENTRY TEXT**

Pursuant to Plaintiffs Notice of Voluntary Dismissal, the above cause is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1). Status hearing set for 9/24/2008 stricken. Civil case terminated.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|